IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ARTIS LISBON
also known as
Bebe,

  Defendant.

CRIMINAL FILE NO.
1:10-CR-251-10-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 682] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 650 & 651]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Defendant has not shown deficient performance or prejudice in connection with trial counsel's advice regarding the Defendant's decision not to testify.

SO ORDERED, this 28 day of July, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge